RECEIVED
SDNY PRO SE OFFICE
2025 MAY 27 PM 1:44

*Case No
All cases in Georgia
US Supreme Courts
United Nations*

IN THE FEDERAL ~~SUPREME~~ COURT OF MANHATTAN COUNTY

STATE OF NEW YORK

SHARON SPURLIING

PLAINTIFF

**25 CV 4421**

V,

DONALD JOHN TRUMP

AND FEDERAL OFFICERS, FBI, CIA, SENATORS, GOVERNORS, CIVILIANS

That has opposed any of my righrs as a plaintiff

DEFENDANT

1. INTRODUCTION

Our country has a longstanding tradition if forceful political advocacy regarding widespread allegations of fraud and irregularities i a long list of Presidential elections throughout our history, therefore, President Trump lacked fair notice that his advocacy in the instance any actions he has not allowed the plaintiff to be involved in to speak about. President Trump, like all citizens, is entitled to have a fair warning as to where the line is drawn which separates permissible activity from that which is allegedly criminal.

Plaintiff is requesting due process of my first amendment, second amendment, fourth amendment, fifth amendment, sixth amendment, seventh amendment, eighth amendment, tenth amendment, eleventh amendment, fourthteen amendment, sixteenth amendment.

Whereas the silence of public officials in the face of such abuses amounts to complicity and failure to act now will only embolden those who seek to dismantle the rule of law and divide our communities through fear.

I would like to address I have experienced Genocide, Torture. Atrocity of Crimes, Plaintiff would like to share with the courts that no one should have to experience this type of intentional pain and suffering.

President Donald Trump has allowed an investigation of my rights and filming without my consent and once I was aware of these actions, the abuse from certain individuals within the government agencies has continued.

Summons, Serve
President
Donald John Trump
Defendent

S.D.Spurling
Sharon Denise Spurling
Plaintiff.

05.27.2025
Dated