UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARON SPURLING,

Plaintiff,

-against-

DONALD JOHN TRUMP; FEDERAL OFFICERS; FBI; CIA; SENATORS; GOVERNORS; CIVILIANS THAT HAS OPPOSED ANY OF MY RIGHTS AS A PLAINTIFF.,

Defendants.

25 CIVIL 04421 (LLS)

# CIVIL JUDGMENT

For the reasons stated in the July 2, 2026, order, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B) (i).

SO ORDERED.

Dated: July 7, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge